NOURSE & BOWLES, LLP
Attorneys for Defendant
TOPUNITED INDUSTRY DEVELOPMENT LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
jpare@nb-ny.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH CHINA SHIPPING LIMITED,

                Plaintiff,           09-cv-1408(HB)

       -against-             **ORDER VACATING ATTACHMENT, DIRECTING RELEASE OF ATTACHED FUNDS AND VOLUNTARILY DISMISSING ACTION**

TOPUNITED INDUSTRY DEVELOPMENT
CO., LTD.,

                Defendant.
------------------------------------------------------------X

**WHEREAS** Plaintiff, NORTH CHINA SHIPPING LIMITED filed its complaint on or about February 17, 2009 seeking process of maritime attachment and garnishment against Defendant, TOPUNITED INDUSTRY DEVELOPMENT LTD. (sued herein as TOPUNITED INDUSTRY DEVELOPMENT CO., LTD.);

**WHEREAS** electronic funds transfers of Defendant have been seized by plaintiff in the known amounts of $17,516.00 at Deutsche Bank and $102,049.60 at ABN Amro North America by virtue of said process of maritime attachment and garnishment;

**NOW THEREFORE** upon the joint application of the parties, it is hereby

    **ORDERED** that,

1. The Order of Maritime Attachment previously issued in this action is vacated;

2. The above garnishee banks and any other garnishee banks holding funds of Defendant are directed to release Defendant's funds from attachment and forward same as directed by Defendant's undersigned attorneys; and

3. The action is dismissed without prejudice and without costs.

Dated: New York, New York
December 9, 2009

          CARDILLO & CORBETT
          Attorneys for Plaintiff
          NORTH CHINA SHIPPING LIMITED

By: _____
          Tulio R. Prieto (TP 8455)
          29 Broadway
          New York, NY 10006
          (212) 344-0464
          tprieto@cardillocorbett.com

          NOURSE & BOWLES, LLP
          Attorneys for Defendant
          TOPUNITED INDUSTRY
          DEVELOPMENT LTD.

By: _____
          Armand M. Paré, Jr. (AP 8575)
          One Exchange Plaza
          At 55 Broadway
          New York, NY 10006-3030
          (212) 952-6200
          jpare@nb-ny.com

SO ORDERED:
_____
Hon. Harold Baer
U.S.D.J.